**DISMISS; and Opinion Filed October 19, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01218-CR

---

### ERICH KIRCHMANN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX15-90031-J**

---

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang and Brown
Opinion by Justice Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

151218F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

EX PARTE ERICH KIRCHMANN

No. 05-15-01218-CR

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. WX15-90031-J.
Opinion delivered by Justice Brown, Chief
Justice Wright and Justice Lang
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 19th day of October, 2015.